NO. 28626

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RALPH HART FISHER, SALLY W. FISHER, CARLA N. JORDAN,
CATHERINE ANNE MOORE-AIRTH, GUY ST. CLAIR COMBS,
ROBERT B. JORDAN, MICHAEL T. JORDAN, KRISTEN J. LA DOW,
ANTHONY HART FISHER, JONATHAN FISHER, TIMOTHY WILCOX FISHER,
SCOTT MICHAEL ST. CLAIR COMBS TRUST, MARTHA COMBS TRUST,
MARION WILCOX COMBS, and GUY ST. CLAIR COMBS III
IRREVOCABLE TRUST, Petitioners and Respondents/
Plaintiffs-Appellants/Cross-Appellees,

and

KEITH TSUKAMOTO and MICHAEL SHEEHAN, Respondents and
Petitioners/Plaintiffs-Cross-Appellants/Cross-Appellees,
vs.
THE GROVE FARM COMPANY, INCORPORATED, a Hawai'i corporation,
ALPS ACQUISITION SUB, INC., HUGH W. KLEBAHN, and DANIEL H. CASE,
Respondents/Defendants-Appellees/Cross-Appellees,

and

DONN A. CARSWELL, PAMELA W. DOHRMAN, ROBERT D.
MULLINS, WILLIAM D. PRATT, and RANDOLPH G. MOORE,
Respondents/Defendants-Appellees/Cross-Appellants/Cross-Appellees
(NOS. 28626 and 28772)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 02-1-0182)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioners and Respondents/Plaintiffs-
Appellants/Cross-Appellees' application for writ of certiorari
filed on April 16, 2010, and Respondents and Petitioners/
Plaintiffs-Cross-Appellants/Cross-Appellees' application for writ
of certiorari filed on April 20, 2010, are hereby rejected.

DATED: Honolulu, Hawai'i, May 26, 2010.

Associate Justice

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, and Recktenwald, JJ., and Circuit Judge Kim, for Duffy, J., recused.